■ The People of the State of New York, Respondent, v Shawn Obbagy, Appellant. (Appeal No. 2.) [45 NYS3d 835]—Appeal from a judgment of the Livingston County Court (Dennis S. Cohen, J.), rendered October 20, 2011. The judgment convicted defendant, upon his plea of guilty, of criminal mischief in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Obbagy* ([appeal No. 1] 147 AD3d 1296 [2017]). Present—Centra, J.P., Peradotto, Carni and Lindley, JJ.

■ The Canandaigua National Bank and Trust Company, Respondent, v Matthew Palmer, Also Known as Matthew J. Palmer, et al., Appellants, et al., Defendants. [45 NYS3d 825]—Appeal from an order of the Supreme Court, Ontario County (Frederick G. Reed, A.J.), entered August 24, 2015. The order granted plaintiff's motion for summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Peradotto, Carni and Lindley, JJ.